# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **PETER MILLER, aka PETER JOSEPH PHOENIX,** | ) ) ) | NO. CV 09-0257-SJO(CT) |
| Petitioner, | ) ) | ORDER ACCEPTING MAGISTRATE JUDGE'S |
| v. | ) ) | REPORT AND RECOMMENDATION ON PETITION FOR WRIT OF HABEAS |
| **JAMES A. YATES, Warden,** | ) ) | CORPUS BY A PERSON IN STATE CUSTODY |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the petition, respondent's answer, and the magistrate judge's report and recommendation.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is accepted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: __September 14, 2009_____    *S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE