**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **PETER MILLER, aka PETER JOSEPH PHOENIX,** | ) ) ) | NO. CV 09-0257-SJO(CT) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| **JAMES A. YATES, Warden,** | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

September 14, 2009

DATED: _____

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE